## RANDAL v. WOODBRIDGE ET UX. AND RODMAN ET UX.

Persons who have lately resided in this state are to be served with a copy of the process left at their last usual place of abode.

ACTION of partition; in which the defendants were described as belonging out of this state; service returned, was

---
Rogers et al., Executors, v. Moor, a Coexecutor.
---

by leaving copies with Roger Griswold, Esq. attorney to said Woodbridge and wife and to said Rodman and wife.

Plea in abatement — That within three years last passed, the defendants were all inhabitants of this state, and no copies had been left in service at their or either of their last usual places of abode.     2d. That said Griswold is not, nor was attorney to said Rodman and wife, at the time said copy was left with him in service; without that, that he was and is attorney to said Rodman and wife.    Demurrer to the plea.

Judgment — Plea sufficient; for that said Rodman and wife have had neither legal nor actual notice of this suit.